NO. PD-0990-15

MICHAEL FITZGERALD REESE,          IN THE COURT OF
                  PETITIONER       CRIMINAL APPEALS,
                                   AUSTIN, TEXAS
VS.

THE STATE OF TEXAS,
          RESPONDENT

          MOTION TO SUSPEND RULE 9.3(B)
       OF TEXAS RULES OF APPELLATE PROCEDURE

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, PETITIONER, UNDERSIGNED, PRO SE, AND MOVES THIS COURT
TO GRANT SAID MOTION, REQUIRING MULTIPLE COPIES OF THE ACCOMPANY-
ING PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT, PETITIONER
SHOWS THE FOLLOWING:

 PETITIONER IS CURRENTLY INCARCERATED AND UNABLE TO OBTAIN TRUE
AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

WHEREFORE, PREMISES PETITIONER PRAYS THIS COURT GRANTS SAID
MOTION AND ALLOWS THE ORIGINALS AND ORDERS THE CLERK TO MAKE
THE REQUIRED COPIES AND FORWARDS TO ALL PARTIES.

                         RESPECTFULLY SUBMITTED,

                         MICHAEL FITZGERALD REESE
                         #1883306
                         1391 FM 3328- BETO UNIT
                         TENNESSEE COLONY, TEXAS 75880

                         PETITIONER, PRO SE

                         DATE: OCTOBER 1, 2015

FILED IN
.....T OF CRIMINAL APPEALS

     ( J5 2015

,.._. Acosta, Clerk


RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk